Criminal Appeals, it is ordered that said petition is hereby granted on Issues II, III, and IV, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0194/AR.   U.S. v. Dallas R. Sutton.   CCA 20150268.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is granted on the Issues I–III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0197/AR.   U.S. v. Jeffery E. Prewitt.   CCA 20160295.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II, and III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0202/AR.   U.S. v. Austin L. Girau.   CCA 20150698.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues II, III, and IV, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0206/AR.   U.S. v. Liban H. Abdirahman.   CCA 20150216.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is granted on Issues I–III, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 16–0658/AR.   U.S. v. Tyler F. Ho.   CCA 20140068.   On further consideration of the granted issues, 75 M.J. 468 (C.A.A.F. 2016), and the briefs of the parties, we conclude that Appellant waived Issue I (whether Appellant was punished by being forced to quarter a junior officer in his home). Issues II, III, and IV were resolved against Appellant in *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017). Accordingly, it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 16–0670/AR.   U.S. v. Matthew N. Watkins.   CCA 20140275.   On further consideration of the granted issues, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 16–0675/AF.   U.S. v. Brandi D. Medeiros.   CCA S32289.   On further consideration of the granted issues, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Air Force Court of Criminal Appeals is hereby affirmed.